**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00337-WJM-KMT

CHRISTOPHER P. SWEENEY, and
NIKOLE M. SWEENEY,

Plaintiffs,

vs.

CITY OF COLORADO SPRINGS, COLORADO,
STETSON HILLS MASTER HOME OWNERS ASSOCIATION, INC., and
DIVERSIFIED PROPERTY MANAGEMENT, LLC,

Defendants.

---

**PLAINTIFFS AND DEFENDANTS STETSON HILLS MASTER HOME OWNERS
ASSOCIATION, INC. AND DIVERSIFIED PROPERTY MANAGEMENT, LLC'S JOINT
STIPULATION REGARDING PROPOSED AMENDMENTS TO COMPLAINT AND
EXTENSION OF TIME TO FILE MOTION TO DISMISS**

---

Plaintiffs, Christopher P. Sweeney and Nikole M. Sweeney, and Defendants, Stetson Hills Master Home Owners Association, Inc. and Diversified Property Management, LLC, by and through their respective attorneys, hereby submit their Joint Stipulation Regarding Proposed Amended Complaint and Extension of Time to File Motion to Dismiss, and state as follows:

1. On March 8, 2018, Defendants Stetson Hills Master Home Owners Association, Inc. and Diversified Property Management, LLC ("Defendants") filed a motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). [Doc 15].

2. Prior to filing this motion, Defendants failed to confer with counsel for Plaintiffs as required by and Judge Martinez's Revised Practice Standards.

3. In light of Defendants failure to confer, this Court entered an order striking Defendants' motion to dismiss without prejudice. [Doc. 19].

4. In this order, the Court also instructed the parties to comply with Judge Martinez's Revised Practice Standards, specifically, section III.D.1. [Doc. 19]

5. Since this order was entered, Defendants' have conferred with counsel for Plaintiffs and have sought to determine whether the deficiencies highlighted in their motion to dismiss can be corrected by amendment.

6. During the process of conferring, Plaintiffs' counsel has indicated that his clients intend to file an Amended Complaint on or before March 29, 2018 (twenty-one days after Defendants' filed their motion to dismiss).

7. While Plaintiffs' counsel has indicated that he believes the Amended Complaint will address some of the concerns raised in the Defendants' motion to dismiss, he acknowledges that it will likely not resolve all of the issues raised by Defendants.

8. As such, the parties agree that at least some of the issues raised in the motion to dismiss are legal issues for the court, rather than factual issues, and that Defendants will likely still be filing a motion to dismiss after the Plaintiffs file their Amended Complaint.

9. In an effort to comply with Judge Martinez's Revised Practice Standards, the parties are willing to stipulate that the Defendants' responsive pleading and/or motion to dismiss will not be due until fourteen (14) after service of the Plaintiffs' Amended Complaint.

WHEREFORE, Plaintiffs and Defendants Stetson Hills Master Home Owners Association, Inc. and Diversified Property Management, LLC respectfully request that this Court enter an order extending the time for Defendants to respond to Plaintiffs' Complaint up to and

including fourteen (14) days after the Plaintiffs file their Amended Complaint.

Respectfully submitted, this 13th day of March, 2018.

*<u>/s/ Julian G.G. Wolfson</u>*
Julian G.G. Wolfson
Law Office of Julian G.G. Wolfson, LLC
1630 Welton Street # 413
Denver, CO 80202
Telephone: 720-507-5133
Email: jwolfsonlaw@gmail.com

Attorney for Plaintiffs

<u>s/ Karen H. Wheeler</u>
***Karen H. Wheeler***
Wheeler Waters, P.C.
8400 E. Prentice Ave., Suite 1010
Greenwood Village, Colorado 80111
Telephone: (303) 221-4787
Email: Karen@wheelerwaters.com

Attorneys for Defendants Stetson Hills Master Home Owners Association, Inc. and Diversified Property Management, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00337-WJM-KMT:

CHRISTOPHER P. SWEENEY, and
NIKOLE M. SWEENEY,

Plaintiffs,

vs.

CITY OF COLORADO SPRINGS, COLORADO,
STETSON HILLS MASTER HOME OWNERS ASSOCIATION, INC., and
DIVERSIFIED PROPERTY MANAGEMENT, LLC,

Defendants.
_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that on March 13, 2018, I electronically filed the foregoing PLAINTIFFS AND DEFENDANTS STETSON HILLS MASTER HOME OWNERS ASSOCIATION, INC. AND DIVERSIFIED PROPERTY MANAGEMENT, LLC'S JOINT STIPULATION REGARDING PROPOSED AMENDMENTS TO COMPLAINT AND EXTENSION OF TIME TO FILE MOTION TO DISMISS with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Julian G.G. Wolfson, Esq.
Law Office of Julian G.G. Wolfson, LLC
1630 Welton Street # 413
Denver, CO  80202
Telephone:  720-507-5133
jwolfsonlaw@gmail.com

*Attorney for Plaintiffs*

Tracy Lessig, Esq.
Lindsay Rose, Esq.
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Telephone: (719) 385-5909
Facsimile: (719) 385-5535
tlessig@springsgov.com
lrose@springsgov.com

*Attorneys for Defendant City of Colorado Springs*

                                                 s/ Karen H. Wheeler
                                                 ***Karen H. Wheeler***